DFC:dfc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6070 CR-FERGUSON**

21 U.S.C. §841 (a)(1)
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. )
)
THOMAS DENNISON, )
)
        Defendant. )
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about March 2, 2000, in Broward County, in the Southern District of Florida, the defendant,

THOMAS DENNISON,

did knowingly and intentionally manufacture a Schedule I controlled substance, that is, a quantity of live marijuana plants; in violation of Title 21, United States Code, Section 841(a)(1) and Title



18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

THOMAS DENNISON        **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)        Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

____ Miami   ____ Key West
_X_ FTL      ____ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect _English_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_         Petty       ____
   II   6 to 10 days     ____        Minor       ____
   III  11 to 20 days    ____        Misdem.     ____
   IV   21 to 60 days    ____        Felony      _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)  _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _March 2, 2000_
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No

   _____
   DONALD F. CHASE, II
   ASSISTANT UNITED STATES ATTORNEY
   Court Bar No. A5500077

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name: THOMAS DENNISON**     Case No._____

Count #: 1_____

Manufacture Marijuana_____

21 U.S.C. §841(a)(1)_____
***Max. Penalty: 40 years' imprisonment (mandatory minimum term of imprisonment of 5 years'); $2,000,000 fine.**
==================================================================

Count #:_____

_____

**\*Max. Penalty:**_____
==================================================================

Count #:_____

_____

**\*Max. Penalty:**_____
==================================================================

Count #:_____

_____

**\*Max. Penalty:**_____
==================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable