AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Donald F. Chase, II   DEA TFA Gary Harris (954) 489-1806

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA
V.
THOMAS DENNISON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6070-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___THOMAS DENNISON___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Manufacturing Marijuana,

in violation of Title 21;18 United States Code, Section(s) 841(a)(1); 2

CLARENCE MADDOX
Name of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

Bail fixed at $50,000 corporate surety bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

March 21, 2000; Fort Lauderdale, Florida
Date and Location

*Lurana S. Snow*
by LURANA S. SNOW, Chief U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____THOMAS DENNISON_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____Broward County Jail_____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____08/11/69_____

SOCIAL SECURITY NUMBER: _____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_____

HEIGHT: _____WEIGHT: _____

SEX: _____Male_____ RACE: _____White_____

HAIR: _____EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____DEA, 1475 W. Cypress Creek Road, Fort Lauderdale, FL 33309_____

_____TFA Gary Harris (954) 489-1806_____