```
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NO. 00-6070-CR-FERGUSON
          Plaintiff,

     Vs.

THOMAS DENNISON,
          Defendant.
_____/
```

ORDER OF TRANSFER TO CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as Thomas Dennison, is apprehended and brought before the Court in this district.

DONE AND ORDERED at Fort Lauderdale, Florida this 31st day of May 2000

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc: AUSA
    Clerk of Court