## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 8/24/00   TIME: 9:30 AM

**DEFT.** THOMAS DENNISON (J)   **CASE NO.** 00-6070-CR-FERGUSON

*Lauren Jorgensen.*
**AUSA.** DONALD CHASE   **ATTY.**

**AGENT.** GARY HARRIS   **VIOL.** MANUFACTURE LIVE MARIJUANA PLANTS
21:841(a)(1)

**PROCEEDING** INITIAL   **BOND.** PTD (GOVT REQUEST)

**DISPOSITION** All further hrgs to be in Ft. Laud.
Defendant advised of rights
Report re: counsel, set 8/28/00 @ 11am in Ft. Laud
Government requested PTD. PTD hrg set 8/28/00 @ 11am
in Ft. Lauderdale.
Arraignment set 8/28/00 @ 11am in Ft. Laud.

DATE: 8/24/00 .   TAPE: LRJ-00- 22-2223