## *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

THOMAS DENNISON

**TO:    The United States Marshal
and any Authorized United States Officer**

# **WARRANT FOR ARREST**

CASE NUMBER: **00 - 6070**
**CR - FERGUSON**
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ____ THOMAS DENNISON ____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    □ Information    □ Complaint    □ Order of court    □ Violation Notice    □ Probation Violation Petition

charging him or her with (brief description of offense)    Manufacturing Marijuana,

in violation of Title 21;18 United States Code, Section(s) 841(a)(1); 2

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $50,000 corporate surety bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

March 21, 2000; Fort Lauderdale, Florida
Date and Location

*[signature]*

by LURANA S. SNOW, Chief U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ West Palm Beach, FL | | |
| DATE RECEIVED<br>3/21/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of FLorida | SIGNATURE OF ARRESTING OFFICER<br><br>*[signature]* |
| DATE OF ARREST<br>8/23/00 | | John Wlaker, ASDUSM |