DEFT: Thomas Dennison (J)#     CASE NO: 00-6070-CR-Ferguson
AUSA: Don Chase *Rosenbaum*    ATTNY: Sam Fields *present*
AGENT:                         VIOL:
PROCEEDING: PTD HEARING/Arraignment/   BOND REC: $50,000 - 10% Cash
             Inquiry re Counsel
BOND HEARING HELD (yes)/no     COUNSEL APPOINTED:
___ BOND SET @ $50,000 - 10% Cash (stipulated)
CO-SIGNATURES: Mother + Sister
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. m WPB
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random Urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/PR
12) Halfway House
    Electronic Monitoring

*Reside at current address, no illegal drugs or excess alcohol*

X-sworn

FILED by ___ D.C.
AUG 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:         TIME:      JUDGE:
INQUIRY RE COUNSEL:       9-1-00        11:00am    BSS
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 9-1-00      11:00am    BSS
STATUS CONFERENCE:

DATE: 8-29-00   TIME: 10:00am   TAPE # 00-068   PG # 7
                                                 1295—