# United States District Court
## Southern District of Florida

United States of America        Case# _OC-6070-CR-Ferg_

Vs

_Thomas Mike Sullivan_ Prisoner # _53895-004_

*********************************************

To Clerk's Office, United States District Court: (Circle One)

MIAMI      FT. LAUDERDALE    (WEST PALM BEACH)    FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*********************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST _8/23/00    2250_
2) LANGUAGE(S) SPOKEN _English_
3) OFFENSE(S) CHARGED _Mail Fraud / Wire Fraud_
4) U.S. CITIZEN [✓] YES    [ ] NO    [ ] UNKNOWN
5) DATE OF BIRTH _5/11/69_
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [X] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

CASE # _OO-6070-CR-Ferg_
ORIGINATING DISTRICT _S/FL_
COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES    [ ] NO
7) AMOUNT OF BOND _____    WHO SET BOND _____
8) ARRESTING AGENT _Betty_    DATE _8/23/00_
9) AGENCY _USMS_    PHONE _561 655-1517_
10) REMARKS _____