DEFT: Thomas Dennison  CASE NO: 00-6070-CR-Ferguson
AUSA: Don Chase / Robin Rosenbaum  ATTNY: Sam Fields / Todd Stone standing
AGENT:  VIOL:
PROCEEDING: Inquiry re Counsel / Arraignment  BOND REC:
BOND HEARING HELD - yes/no  COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK US DIST CT
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) __ Halfway House _____
__ Electronic Monitoring _____

Δ - needs more time
matter reset

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL: 9-7-00  11:00am  BSS
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 9-7-00  11:00am  BSS
STATUS CONFERENCE:

DATE: 9-1-00  TIME: 11:00am  TAPE # 00-070  PG # 270-290