UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CR Feruguson
Magistrate Judge Snow

UNITED STATES OF AMERICA,

v.  **NOTICE OF APPEARANCE**

THOMAS DENNISON,

Defendant.
_____/

PLEASE TAKE NOTICE that the undersigned hereby files this permanent Notice of Appearance on behalf of the above-named Defendant, THOMAS DENNISON, in any and all proceedings had in the above-styled cause in United States District Court.

PLEASE TAKE FURTHER NOTICE that copies of any and all pleadings, proceedings, correspondence, etc., are to be mailed to the undersigned counsel, at the address set forth below.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by hand, this 1st day of September, 2000, to: Donald F. Chase, II. Assistant United States Attorney, Assistant United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, FL 33394.

                Respectfully submitted,

                RUDEN, McCLOSKY, SMITH,
                SCHUSTER & RUSSELL, P.A.
                Post Office Box 1900
                Fort Lauderdale, Florida  33302
                (954)764-6660  Miami (305) 789-2700

                By:_____
                    SAMUEL S. FIELDS
                    Florida Bar No. 403083