DEFT: Thomas Dennison (B)     CASE NO: 00-6070-CR-Ferguson
AUSA: Don Chase /present      ATTNY: Sam Fields (perm)
AGENT: _____         VIOL: _____
PROCEEDING: Inquiry re counsel/ BOND REC: _____
BOND HEARING HELD - yes/no  Arraignment     COUNSEL APPOINTED: _____
___ BOND SET @ _____

FILED by _____ D.C.
SEP 7 2000
CLERENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

reading of indictment waived

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 9-22-00   11:00am   LSS

DATE: 9-7-00   TIME: 11:00am   TAPE # 00-071  PG # 3610-3750