

FILED by _____ D.C.

SEP 7 200°

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6070-CR-Ferguson

UNITED STATES OF AMERICA

vs

Thomas Dennison                    <u>ARRAIGNMENT INFORMATION SHEET</u>


The above named Defendant appeared before Magistrate Judge Barry S.
Seltzer on   9-7-00        , where the Defendant was arraigned and a plea
of NOT GUILTY was entered.  Defendant and c~~ourt appointed~~/retained counsel of
record will be noticed for trial by the District Court Judge assigned to this
case.  The following information is current as of this date:


DEFENDANT:                Address:_____See Bond_____

                          _____

                          Telephone:_____ .

DEFENSE COUNSEL:          Name:_____Samuel Fields_____

                          Address:_____

                          _____

                          Telephone:_____

BOND SET/CONTINUED:       $_____Cont'd on bond as set_____

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this___7___day of __September_____, 20_00_.

                                   CLARENCE MADDOX, CLERK OF THE COURT,

                                   By:_____
                                          Deputy Clerk

                                          Tape No.____00-071_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services