HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by ⟨⟩ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __THOMAS DENNISON_____ CASE NO: __00-6070-CR-FERGUSON__

AUSA __DON CHASE by Bruce Brown__ ATTY __SAM FIELDS, ESQ.__

Tape #00-050  Change of Plea scheduled for today 9-22-00 before Judge Ferguson

DEFT __MARLON ANDRE BROWN_____ CASE NO: __00-6252-CR-ROETTGER__

AUSA __ROBIN ROSENBAUM by Bruce Brown__ ATTY __FPD - Patrick Hunt__

Tape #:050  Discovery out. Deft has until 10-6-00 to file motions.
no motions
3 day to try
no tapes

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __9-22-00_____ TIME __11:00_____

19