UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CR-FERGUSON

UNITED STATES OF AMERICA,
         Plaintiff,
vs.

THOMAS DENNISON, (B)
         Defendant.

**MINUTES**
**CHANGE OF PLEA**

FILED by _____ D.C.
SEP 22 2000
CLARENCE MADDOX

On September 22, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Samuel Fields, Esq appointed by the Court/retained by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) _One_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )    The Court proceeded to pronounce sentence.

- (X)    The Court postponed sentencing until **12/1/00** at 10:00 a.m.,

- (X)    and the defendant was allowed to remain on present bond until then;

- ( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

- ( )    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge **Wilkie D. Ferguson, JR.**
Reporter **Anita LaRocca**
Clerk **Troy T. Walker**