UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CR Feruguson
Magistrate Judge Snow

UNITED STATES OF AMERICA,

v.

THOMAS DENNISON,

Defendant.
_____/

**OBJECTION/CLARIFICATION OF DEFENDANT'S PSI**

Defendant, THOMAS DENNISON, ("DENNISON"), by and through its undersigned counsel, respectfully notes that the PSI failed to record assets in a stock account.

Defendant, DENNISON, through counsel noticed Probation Officer about this. The Defendant, DENNISON, is presently attempting to obtain the details of that account and supply it to the Court at the first possible moment.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail, this 10th day of November, 2000, to: Donald F. Chase, II. Assistant United States Attorney, Assistant United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, FL 33394.

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P/A.
Post Office Box 1900
Fort Lauderdale, Florida 33302
(954)764-6660 Miami (305) 789-2700

By:_____
SAMUEL S. FIELDS
Florida Bar No. 403083

FTL:731699:1