SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. C. FLA. FT. LAUD

CASE # 00-6070-CR-WDF

DEFENDANT J. Dennison                JUDGE   WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER          DATE  Dec 1, 2000

Court Reporter Paul Haferling        USPO  R. Gomez

AUSA Donald Chase                    Deft's Counsel Samuel Fields

COUNTS DISMISSED  All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

JUDGMENT AND SENTENCE

Imprisonment   Years  Months  Counts
               1 & 1 day         1

Right to appeal

— Credit for Time Served 6 days

Supervised Release  3 yrs  (See J F C for details)

Probation   Years   Months   Counts
            ___     ___      ___

Comments_____

Assessment $ 100.00            Fine $ None

Restitution /Other _____
CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

__X__ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 2/5/01

Commitment Recommendation: That the deft is encarcerated
as close to South FLA.

24