DEFENDANT: THOMAS DENNISON, (J) 53895-004
CASE NUMBER: 0:00CR06070-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **1 year and a day**.

As to the One Count Indictment.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant is incarcerated at an institution as close to South Florida as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☒ before 2 p.m. on 02/01/2001
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 2/1/01 to BOP FCI Miami
at Miami, FL, with a certified copy of this judgment.

Ed Gonzalez, Warden
UNITED STATES MARSHAL

By Tina Nolan, Lt
Deputy U.S. Marshal